# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2015

### NO. 03-14-00591-CV

**City of Bastrop, Appellant**

**v.**

**Chyanne M. Bryant, Appellee**

**APPEAL FROM 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
REVERSED AND DISMISSED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court on August 29, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order denying the City's plea and render judgment dismissing Bryant's suit for want of subject-matter jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.